

# IN THE
# TENTH COURT OF APPEALS

### No. 10-24-00391-CV

## IN RE MARK HANSON

### Original Proceeding

### From the 87th District Court
### Freestone County, Texas
### Trial Court No. 16-090B

## MEMORANDUM OPINION

Relator, in a petition for writ of mandamus, requests that this Court compel the court coordinator for the 87th District Court to, among other requested items, set certain hearings for oral argument. This Court has no jurisdiction to mandamus a court coordinator to act except in rare circumstances which are not present in this case. *See* TEX. GOV'T CODE § 22.221(a), (b).

Accordingly, relator's petition for writ of mandamus, filed on December 12, 2024, is dismissed.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
  Justice Johnson, and
  Justice Smith
Petition dismissed
Opinion delivered and filed December 19, 2024
[OT06]

